IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Sait Kurmangaliyev

(Write the full name of each plaintiff who is filing this
complaint. If the names of all the plaintiffs cannot fit in
the space above, please write "see attached" in the space
and attach an additional page with the full list of names.)

-against-

Delta Air Lines, Inc.

(Write the full name of each defendant who is being sued.
If the names of all the defendants cannot fit in the space
above, please write "see attached" in the space and attach
an additional page with the full list of names.)

**Complaint for a Civil Case**

Case No. _____

(to be filled in by the Clerk's Office)

Jury Trial:  ☑ Yes  ☐ No

(check one)

**CV 25 - 3423**

DeARCY HALL, J.

POLLAK, M.J.

REC'D IN PR  SE OFFICE
JUN 18 2  PM12:59

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Sait Kurmangaliyev |
| Street Address | 8684 20 Ave Apt 2E, Brooklyn, NY 11214 |
| City and County | New York, kings |
| State and Zip Code | New York 11214 |
| Telephone Number | +1 (929) 234-1101 |
| E-mail Address | kurmangaliyevsait@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Delta Air Lines, Inc. |
| Job or Title (if known) | Corporation |
| Street Address | 1030 Delta Blvd |
| City and County | Atlanta, Fulton |
| State and Zip Code | Georgia, 30354 |
| Telephone Number | +1 (404) 715-2600 |
| E-mail Address (if known) | N/A |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

State and Zip Code          _____

Telephone Number           _____

E-mail Address             _____

(if known)

Defendant No. 3

Name                       _____

Job or Title               _____

(if known)

Street Address City        _____

and County State           _____

and Zip Code               _____

Telephone Number           _____

E-mail Address             _____

(if known)

Defendant No. 4

Name                       _____

Job or Title               _____

(if known)

Street Address City        _____

and County State           _____

and Zip Code               _____

Telephone Number           _____

E-mail Address             _____

(if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Telephone Consumer Protection Act, 47 U.S.C. §227

_____

_____

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

    1.     The Plaintiff(s)

        a.     If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

        b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.     The Defendant(s)

        a.     If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

In April 2025, I contacted Delta Air Lines by text to ask about a flight. After that, Delta kept texting me repeatedly through it's automated assistant, even though I opt-out and stopped replying. In May 2025, I texted "Stop" again assuming that I could get an opt-out message but instead their system initiated the conversation again. My phone number has been on the National Do Not Call registry since February 9th 2023. Delta ~~failed~~ failed to honor my opt-out, which violated Telephone Consumer Protection Act, 47 U.S.C. § 227. I'm seeking statutory damages for this violation

5

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I request $10.500 in statutory damages under the Telephone Consumer Protection Act, 47 U.S.C. § 227, for seven willful violations at $1.500 each. I also request any additional relief the Court deems just and proper, and I intend to notify the FCC and FTC of these violations.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 19, 2025.

Signature of Plaintiff _____

Printed Name of Plaintiff Sait Kurmangaliyev _____

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Sait Kurmangaliyev

**DEFENDANTS**

Delta Air Lines, Inc.

**(b)** County of Residence of First Listed Plaintiff  Kings
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Fulton
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se: 2684 20 Ave, Apt 2E   +1(929) 234-1101
Brooklyn, NY 11214
kurmangaliyevsait@yahoo.com

Attorneys *(If Known)*

Hope Garrison
King and Spalding, LLP
1180 Peachtree St, NE Suite 1600, Atlanta, GA 30309

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government<br>Plaintiff | ☑ 3  Federal Question<br>*(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government<br>Defendant | ☐ 4  Diversity<br>*(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place<br>of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>  & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>  Student Loans<br>  (Excludes Veterans)<br>☐ 153 Recovery of Overpayment<br>  of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>  Liability<br>☐ 320 Assault, Libel &<br>  Slander<br>☐ 330 Federal Employers'<br>  Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>  Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>  Product Liability<br>☐ 360 Other Personal<br>  Injury<br>☐ 362 Personal Injury -<br>  Medical Malpractice | ☐ 625 Drug Related Seizure<br>  of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>  28 USC 157<br><br>**INTELLECTUAL<br>PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated<br>  New Drug Application<br>☐ 840 Trademark<br>☐ 880 Defend Trade Secrets<br>  Act of 2016 | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC<br>  3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>  Corrupt Organizations<br>☐ 480 Consumer Credit<br>  (15 USC 1681 or 1692)<br>☑ 485 Telephone Consumer<br>  Protection Act<br>☐ 490 Cable/Sat TV |
| | **PERSONAL INJURY**<br>☐ 365 Personal Injury -<br>  Product Liability<br>☐ 367 Health Care/<br>  Pharmaceutical<br>  Personal Injury<br>  Product Liability<br>☐ 368 Asbestos Personal<br>  Injury Product<br>  Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>  Property Damage<br>☐ 385 Property Damage<br>  Product Liability | **LABOR**<br>☐ 710 Fair Labor Standards<br>  Act<br>☐ 720 Labor/Management<br>  Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical<br>  Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement<br>  Income Security Act | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 850 Securities/Commodities/<br>  Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information<br>  Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure<br>  Act/Review or Appeal of<br>  Agency Decision<br>☐ 950 Constitutionality of<br>  State Statutes |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>  Accommodations<br>☐ 445 Amer. w/Disabilities -<br>  Employment<br>☐ 446 Amer. w/Disabilities -<br>  Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate<br>  Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee -<br>  Conditions of<br>  Confinement | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff<br>  or Defendant)<br>☐ 871 IRS—Third Party<br>  26 USC 7609<br><br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration<br>  Actions | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☑ 1 Original
 Proceeding
☐ 2 Removed from
 State Court
☐ 3 Remanded from
 Appellate Court
☐ 4 Reinstated or
 Reopened
☐ 5 Transferred from
 Another District
 *(specify)*
☐ 6 Multidistrict
 Litigation -
 Transfer
☐ 8 Multidistrict
 Litigation -
 Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
Unsolicited text messages sent by defendant after opt-out, in violation of the Telephone Consumer Protection Act

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
 UNDER RULE 23, F.R.Cv.P.

DEMAND $   12500

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☑ Yes   ☐ No

47 USC
§227

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE  June 17, 2025

SIGNATURE OF ATTORNEY OF RECORD   Sait Kurmangaliyev

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## CERTIFICATION OF ARBITRATION ELIGIBILITY

Local Arbitration Rule 83.7 provides that with certain exceptions, actions seeking money damages only in an amount not in excess of $150,000, exclusive of interest and costs, are eligible for compulsory arbitration. The amount of damages is presumed to be below the threshold amount unless a certification to the contrary is filed.

Case is Eligible for Arbitration ☐

I, _____, counsel for_____, do hereby certify that the above captioned civil action is ineligible for compulsory arbitration for the following reason(s):

☐ monetary damages sought are in excess of $150,000.00 exclusive of interest and costs,

☐ the complaint seeks injunctive relief, or

☑ the matter is otherwise ineligible for the following reason: *The action seeks relief under a federal statue (TCPA) and monetary damages under $150,000*

## DISCLOSURE STATEMENT - FEDERAL RULES CIVIL PROCEDURE 7.1

Identify any parent corporation and any publicly held corporation that owns 10% or more or its stocks. Add an additional page if needed.

*N/A - I'm an individual*

## RELATED CASE STATEMENT (Section VIII on the Front of this Form)

Please list all cases that are arguably related pursuant to Division of Business Rule 3 in Section VIII on the front of this form. Rule 3(a) provides that "A civil case is "related" to another civil case for purposes of this guideline when, because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning both cases to the same judge and magistrate judge." Rule 3(a) provides that "A civil case shall not be deemed "related" to another civil case merely because the civil case involves identical legal issues, or the same parties." Rule 3 further provides that "Presumptively, and subject to the power of a judge to determine otherwise pursuant to paragraph (b), civil cases shall not be deemed to be "related" unless both cases are still pending before the court." *none*

## NEW YORK EASTERN DISTRICT DIVISION OF BUSINESS RULE 1(d)(3)

*If you answer "Yes" to any of the questions below, this case will be designated as a Central Islip case and you must select Office Code 2.*

1. Is the action being removed from a state court that is located in Nassau or Suffolk County? ☐ Yes ☑ No

2. Is the action—not involving real property—being brought against United States, its officers or its employees AND the majority of the plaintiffs reside in Nassau or Suffolk County? ☐ Yes ☑ No

3. If you answered "No" to all parts of Questions 1 and 2:

   a. Did a substantial part of the events or omissions giving rise to claim or claims occur in Nassau or Suffolk County? ☐ Yes ☑ No

   b. Do the majority of defendants reside in Nassau or Suffolk County? ☐ Yes ☑ No

   c. Is a substantial amount of any property at issue located in Nassau or Suffolk County? ☐ Yes ☑ No

4. If this is a Fair Debt Collection Practice Act case, was the offending communication received in either Nassau or Suffolk County? ☐ Yes ☑ No

*(Note, a natural person is considered to reside in the county in which that person is domiciled; an entity is considered a resident of the county that is either its principal place of business or headquarters, of if there is no such county in the Eastern District, the county within the District with which it has the most significant contacts).*

## BAR ADMISSION

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.
☐ Yes ☑ No

Are you currently the subject of any disciplinary action (s) in this or any other state or federal court?
☐ Yes (If yes, please explain) ☑ No

I certify the accuracy of all information provided above.

Signature: _____

# Exhibit A – Text Message Screenshots

- All Delta texts received (April–May 2025)
- Include timestamps and short code (33582)
- I've sent "STOP" on a page Exhibit A – Page 5 and they kept replying



**1:45** 🛧                            .ıl 5G 🔋

‹ 1

33582 ›

Text Message · SMS
Sat, Apr 19 at 5:14 PM

Hi! Welcome to Delta messaging. Click
the link below and type your question
in the new window. We will be with you
shortly.
https://deltasupport.delta.com/select/
eQj7-CL8t
To stop receiving messages, reply
STOP. For help, reply HELP.

Hello

Hi, I am Delta's virtual assistant

Looks like you were looking for help
with Flight Change

Do you want to change your flight on
the same day of your departure?

Please note that you can only make a
same-day change within 24 hours of
your flight's originally scheduled
departure

A) Yes
B) No

I'm flying to Chicago on April 22 I can't
make it to my flight is there a way I can
cancel it for a refund?!

I can assist you with canceling your
trip or address any issues related to

+   Text Message · SMS                    🎤

Page 1

, y
trip cancellation

What do you need help with?

A) Cancel trip
B) Reopen upgrade cert
C) Issue canceling trip

Cancel trip

Refund eligibility may vary based on your ticket type and cancellation circumstances

To look up your trip to cancel, please provide your 6-character confirmation number or 13-digit ticket number

H58A9O

What is the name (first + last) associated with this confirmation number?

Sait Kurmangaliyev

Does the following information look correct?

First Name: Sait
Last Name: Kurmangaliyev
Confirmation Number: H58A9O

A) Yes, submit
B) No, edit

Text Message • SMS



**1:45** 📶 5G 🔋

33582 ›

> Yes submit

Please wait while I retrieve your trip details

The name you provided does not match our passenger list

Let's try again

What is the name (first + last) associated with this confirmation number?

> Sait A Kurmangaliyev

Does the following information look correct?

First Name: Sait A
Last Name: Kurmangaliyev
Confirmation Number: H58A9O

A) Yes, submit
B) No, edit

> Yes, Submit

Please wait while I retrieve your trip details

Trip Details
One Way: ORD ✈ LGA | Departure: April 17, 2025 12:20 PM
(Refund or eCredit not available for

Text Message · SMS

Page 3



flights you've completed)
One Way: LGA ✈ ORD | Departure:
April 22, 2025 04:30 PM

We understand that plans may
change. Unfortunately, most Basic
Economy tickets are non-refundable
and cannot be exchanged for eCredits

However, we encourage you to go
ahead and cancel if you can't make
your trip

Cancel Details

1. SAIT A KURMANGALIYEV

Flight total: $ 108.24 USD
Taxes, fees and charges: $ 38.72

Total refund: $ 0

To view more itemized details, select
'View more details'

A) Proceed with no refund
B) Cancel another trip
C) Exit without canceling
D) View more details

C

Is there anything else that I can help
you with?

A) Yes
B) No

Text Message • SMS



33582 ›

No problem. If you need to cancel your trip later, you can always come back and message us

B

Great! Glad I could help

Thank you for contacting Delta Air Lines. Please take our brief survey to let us know how we did. To opt out, please reply "skip" at any time.

Please rate your overall satisfaction with Delta's Virtual Assistant. Please reply with a value between 1-5.
  5 - Very Satisfied
  4 - Satisfied
  3 - Neither
  2 - Dissatisfied
  1 - Very Dissatisfied

STOP

Sorry I didn't get that, please select one of the following options:

Please rate your overall satisfaction with Delta's Virtual Assistant. Please reply with a value between 1-5.
  5 - Very Satisfied
  4 - Satisfied
  3 - Neither
  2 - Dissatisfied
  1 - Very Dissatisfied

+    Text Message • SMS    🎤

Page 5



5 - Very Satisfied
4 - Satisfied
3 - Neither
2 - Dissatisfied
1 - Very Dissatisfied

5

Did the Virtual Assistant answer your question? Please reply with 1 or 2.
1 - Yes
2 - No

STOP

Sorry I didn't get that, please select one of the following options:

Did the Virtual Assistant answer your question? Please reply with 1 or 2.
1 - Yes
2 - No

The survey has expired. Thank you for your time.

Mon, May 26 at 1:23 PM

STOP

Hi, I am Delta's virtual assistant: This is not a subscription. No further messages will be sent. Message HELP for assistance.

+ Text Message · SMS

Page 6

# Exhibit B – National Do Not Call Registry Proof

- A screenshot showing that my number was listed on the DNC registry since **February 9, 2023**.



National Do Not Call Registry - Your Registration Is Confirmed

Inbox

To: me · Sun, Jun 1 at 11:51 PM

Visit site

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 1101 on February 09, 2023. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries

Reply      Forward

# Exhibit C – Pre-Litigation Demand Letter dated June 3, 2025

- Shows that I gave Delta notice and a chance to settle before filing
- Confirms they didn't act in good faith

**Sait Kurmangaliyev**
8684 20 Ave Apt 2E
Brooklyn, NY 11214
kurmangaliyevsait@yahoo.com
(929) 234-1101

June 3, 2025

**Delta Air Lines, Inc.**
1030 Delta Blvd
Atlanta, GA 30354

**Via Certified Mail**

### Re: Notice of Demand – Unlawful Telemarketing Texts in Violation of the TCPA

To Whom It May Concern:

I am writing to formally demand compensation for violations of the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227, by Delta Air Lines, Inc.

My phone number, (929) 234-1101, has been listed on the National Do Not Call Registry since February 9, 2023. Despite this, I received a series of unsolicited marketing and customer interaction messages from Delta Air Lines via short code 33582 in April and May 2025. These messages were sent without my prior express written consent and continued even after I attempted to opt out by replying "STOP."

Under the TCPA, each unauthorized text message is a violation subject to statutory damages of up to $1,500 per message for willful violations. I have documented at least **seven** such violations, for which I now demand **$10,500** in compensation.

Please respond to this demand within **10 days of receipt**. If I do not receive payment or a satisfactory resolution by that time, I will proceed with legal action in federal court and will also consider filing complaints with the **Federal Communications Commission (FCC)** and **Federal Trade Commission (FTC)**. I will pursue the maximum penalties allowed under law.

This letter is not a settlement offer and does not waive any legal rights.

Sincerely,
**Sait Kurmangaliyev**

# Exhibit D – Proof of them receiving my demand

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**For delivery information, visit our website at www.usps.com®.**

Atlanta, GA 30320

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $4.85 | 0336 |
| $ | $0.00 | 07 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Postmark Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $2.04 | |
| $ | | 06/03/2025 |
| Total Postage and Fees | | |
| $0.00 | | |

Sent To *Legal Department, Delta Air Lines, Inc.*

Street and Apt. No., or PO Box No. *P.O. Box 20706*

City, State, ZIP+4® *Atlanta, GA 30320-6001*

**PS Form 3800, January 2023** PSN 7530-02-000-9047   **See Reverse for Instructions**

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Mailer 10.5 x 16 | 1 | $1.69 | $1.69 |
| First-Class Mail® Large Envelope | 1 | | $2.04 |

    Atlanta, GA 30320
    Weight: 0 lb 2.80 oz
    Estimated Delivery Date
    Fri 06/06/2025
    Certified Mail®                     $4.85
      Tracking #:
      9589 0710 5270 1673 3921 47

Total                                          $6.89

