UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAIT KURMANGALIYEV,

                              Plaintiff,                                 **ORDER REGARDING**
                                                                         **FED. R. CIV. P. 4(M)**

                    v.                                                    25-CV-3423
                                                                         (DeArcy Hall, J.)
DELTA AIRLINES, INC.,                                                    (Marutollo, M.J.)

                              Defendant.
------------------------------------------------------------------X
**JOSEPH A. MARUTOLLO, United States Magistrate Judge:**

        The Court's records reflect that the Complaint in this action was filed on June 18, 2025.

Dkt. No. 1.  Rule 4(m) of the Federal Rules of Civil Procedure provides:

        If a defendant is not served within 90 days after the complaint is filed, the court –
        on motion or on its own after notice to the plaintiff – must dismiss the action without
        prejudice against that defendant or order that service be made within a specified
        time.  But if the plaintiff shows good cause for the failure, the court must extend
        the time for service for an appropriate period.

 Accordingly, if proper service is  not made  upon the Defendant by **September 16, 2025**, or if

 Plaintiff fails to show good cause why such service has not been effected by that date, the

 undersigned will recommend that the Court dismiss this action without prejudice

        Plaintiff is required to advise the Clerk of Court of any change of address. Failure to keep

the Court informed of Plaintiff's current address means the Court will not know where to contact

Plaintiff and may result in dismissal of this case.

        For information regarding court procedures, Plaintiff may contact the Pro Se Office at the

United States Courthouse by calling (718) 613-2665. Plaintiff may also contact the Federal Pro Se

Legal Assistance Project (212-382-4729 or https://www.citybarjusticecenter.org/projects/federal-

pro-se-legal-assistance-project) of the City Bar Justice Center for free, confidential, limited-scope

legal assistance.

                                                    1

The Clerk of Court is respectfully directed to send a copy of this Order to Plaintiff, noting the mailing on the docket.

Dated: Brooklyn, New York          **SO ORDERED.**
          June 24, 2025

          <u>  */s/ Joseph A. Marutollo*  </u>
          JOSEPH A. MARUTOLLO
          United States Magistrate Judge