Sait Kurmangaliyev
8684 20th Ave Apt 2E
Brooklyn, NY 11214
(929) 234-1101
kurmangaliyevsait@yahoo.com

July 12, 2025

Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: **Kurmangaliyev v. Delta Air Lines, Inc.**
> **Case No.: 25-cv-3423-LDH-CLP**
> **Submission of Request for Certificate of Default and Motion for Default Judgment**

Dear Clerk of Court,

I respectfully submit the enclosed documents in connection with the above-referenced matter. The defendant, Delta Air Lines, Inc., was duly served on June 20, 2025, and has failed to plead or otherwise defend within the time prescribed by the Federal Rules of Civil Procedure.

Accordingly, I am submitting the following for filing and consideration:

1. Request for Certificate of Default
2. Affirmation in Support of Request for Certificate of Default
3. Declaration in Support of Request for Certificate of Default
4. Proposed Certificate of Default
5. Motion for Default Judgment
6. Affirmation in Support of Motion for Default Judgment
7. Declaration in Support of Motion for Default Judgment
8. Affirmation of Service
9. Exhibit A – Proof of Service
10. Proposed Default Judgment Order

Please process the enclosed documents and present the proposed orders to the appropriate officials for review and signature. I greatly appreciate the Court's attention to this matter.

Dated: July 12, 2025

By: _____

Sait Kurmangaliyev (Pro Se)
8684 20th Ave Apt 2E, Brooklyn, NY 11214
(929) 234-1101
kurmangaliyevsait@yahoo.com

*** Filed ***
11:47 AM, 12 Jul, 2025
U.S.D.C., Eastern District of New York