Sait Kurmangaliyev
8684 20th Avenue, Apt. 2E
Brooklyn, NY 11214
(929) 234-1101
kurmangaliyevsait@yahoo.com
Pro Se Plaintiff


*** Filed ***
11:02 AM, 26 Jul, 2025
U.S.D.C., Eastern District of New York

Hon. LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

## Re: Kurmangaliyev v. Delta Air Lines, Inc., Case No. 1:25-cv-03423-LDH-CLP
## Notice of International Travel

Dear Judge DeArcy Hall:

I respectfully write to inform the Court that I will be traveling internationally from July 27, 2025 through September 9, 2025.

Although I will be temporarily outside of the United States during this period, I remain fully available to respond to all filings, motions, and Court orders in the above-captioned matter. I will continue to monitor the docket remotely and ensure timely compliance with any deadlines or obligations.

Please do not hesitate to contact me by email should any issue arise that requires my attention.

Thank you for your time and consideration.

Respectfully submitted,

Sait Kurmangaliyev
Pro Se Plaintiff

Dated: July 26, 2025
Brooklyn, New York

CC:
Laura Harris
King & Spalding
1185 Avenue of the Americas
New York, NY 10036
212-790-5360
Fax: 212-556-2222
Email: lharris@kslaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

CC:
Zachary A. McEntyre
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309
404-572-4600
Fax: 404-572-5100
Email: zmcentyre@kslaw.com
LEAD ATTORNEY
PRO HAC VICE

CC:
Hope Garrison
King & Spalding
1180 Peachtree Street
Atlanta, GA 30309
404-831-9025
Fax: 404-572-5100
Email: hgarrison@kslaw.com
PRO HAC VICE
ATTORNEY TO BE NOTICED