Sait Kurmangaliyev
8684 20th Avenue, Apt. 2E
Brooklyn, NY 11214
(929) 234-1101
kurmangaliyevsait@yahoo.com
Pro Se Plaintiff

Hon. LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Kurmangaliyev v. Verizon Communications Inc., Case No. 1:25-cv-03423-LDH-CLP**
**Status Update and Notice of International Travel**

Dear Judge DeArcy Hall:

I respectfully submit this letter to provide the Court with a brief status update in the above-captioned matter and to notify the Court of my upcoming international travel.

This action was filed on June 20, 2025. On June 23, 2025, I delivered the full-service packet—including the summons, complaint, civil cover sheet, and certified mail receipt—along with the required service fee, to the New York City Sheriff's Office located at 66 John Street, 13th Floor, New York, NY 10038. As of my in-person follow-up on July 25, 2025, I was informed that service on Defendant Verizon Communications Inc. has not yet been completed.

I wish to clarify that I have taken all necessary steps to initiate service in a timely manner, and that this delay is entirely procedural on the part of the Sheriff's Office. Despite this, I have already been contacted by legal counsel representing Verizon, indicating they are fully aware of the lawsuit and are monitoring the matter. A copy of that communication is attached hereto as Exhibit A.

Additionally, I respectfully inform the Court that I will be traveling internationally from July 27, 2025 through September 9, 2025. While I may have limited access to physical mail during this time, I remain available to respond to all filings, motions, and Court orders electronically via the CM/ECF system and email.

Thank you for your time and attention.

Respectfully submitted,

Sait Kurmangaliyev
Pro Se Plaintiff

Dated: July 26, 2025
Brooklyn, New York

Enclosure: Exhibit A – Email communication with Verizon counsel

CC:
Brett B. Goodman
**YU | MOHANDESI LLP**
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
858.757.7262 Direct | 213.377.5501 Fax
bgoodman@yumollp.comP
www.yumollp.com

# EXHIBIT A





To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

**Sait Kurmangaliyev**
To: Brett · Thu, Jul 24 at 4:09 PM

Dear Mr. Goodman,

Thank you for your message.

At this time, I do not agree to arbitrate this dispute. My claims arise under the Telephone Consumer Protection Act (TCPA), and I intend to fully exercise my rights in federal court. Any assertion that this matter must be resolved through arbitration is respectfully rejected unless and until ordered otherwise by the Court.

Please direct all future communications regarding this matter to me by email only. I will continue to monitor and respond in a timely manner.

Sincerely,

Sait Kurmangaliyev