# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAIT KURMANGALIYEV,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC.<br><br>Defendant. | Case No.: 25-cv-3423-LDH-CLP |

## NOTICE OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's Complaint, the Declaration of Laura Harris in Support of Defendant's Motion to Dismiss Plaintiff's Complaint and related Exhibit 1, and all prior papers and proceedings, Defendant Delta Air Lines, Inc. ("Defendant" or "Delta"), by its attorneys, hereby moves this Court for an Order dismissing with prejudice Plaintiff's Complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6) and awarding such other and further relief as the Court deems just and proper. Pursuant to the Court's Order dated July 17, 2025, Plaintiff shall file and serve his response by August 14, 2025; Defendant shall file and serve its reply on or before August 21, 2025; and Defendant shall file the motion and related memoranda of law once the motion is fully briefed.

DATED: July 31, 2025.

/s/ Laura Harris
Laura Harris (New York Bar No. 5033048)
**KING & SPALDING LLP**
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
lharris@kslaw.com

        Zachary A. McEntyre (admitted *pro hac vice*)
        Elizabeth Hope Garrison (admitted *pro hac vice*)
        **KING & SPALDING LLP**
        1180 Peachtree Street
        Atlanta, GA 30309
        Telephone: (404) 572-4600
        Facsimile: (404) 572-5100
        zmcentyre@kslaw.com
        hgarrison@kslaw.com

        *Counsel for Delta*

## CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice in the courts of New York and in this Court, hereby certifies that a true and correct copy of the foregoing Notice of Defendant's Motion to Dismiss Plaintiff's Complaint was served via First Class Mail on July 31, 2025, on *pro se* Plaintiff Sait Kurmangaliyev at the address listed below:

**Sait Kurmangaliyev**
8684 20th Ave, Apt 2E
Brooklyn, NY 11214
Phone: (929) 234-1101

                                                    *s/ Laura Harris*
                                                  Laura Harris