# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, Georgia 30309

Tel: +1 404 572 4600
Fax: +1 404 572 5100
kslaw.com

Zachary A. McEntyre (Zach)
Partner
Direct Dial: +1 404 572 4636
zmcentyre@kslaw.com

August 27, 2025

**Via ECF**

Judge LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Kurmangaliyev v. Delta Airlines, Inc.*, No. 25-cv-3423-LDH-CLP (E.D.N.Y)

Dear Judge DeArcy Hall:

  I write on behalf of the Defendant Delta Air Lines, Inc. ("Delta") in response to Plaintiff Sait Kurmangaliyev's Motion for Rule 11 sanctions against Delta and its counsel, King & Spalding LLP (ECF No. 26).

  Plaintiff asserts that Delta "misrepresent[ed]" the governing statute arguing that his Complaint arises only under 47 U.S.C. § 227(b) and not § 227(c). Plaintiff's own Complaint, however, alleges that his phone number is registered on the National Do Not Call Registry, which at least suggests an intent to assert a claim under § 227(c). *See* ECF No. 1. If Plaintiff now contends that he is not pursuing a claim under 47 U.S.C. § 227(c), that is his prerogative, but it does not retroactively render Delta's entirely appropriate arguments sanctionable.

  Perhaps even more egregious is Plaintiff's assertion that Delta "deliberately serv[ed] its filings by first-class mail only." As Plaintiff is aware, Delta served its Motion to Dismiss on July 31, 2025 by *both* first-class mail and email (Ex. A), which Plaintiff evidently received, given that he served his Notice of Motion for Rule 11 sanctions based on Delta's motion less than twelve hours later (Ex. B). Accordingly, Plaintiff's contention that he suffered "prejudice" or "substantial delay" as a result of Delta's methods of service defies reality and further underscores the frivolous nature of his motion.

August 27, 2025
Page 2

      Plaintiff's baseless motion appears to be his latest attempt to distract from the substantive issues of this case and harass Delta into an extortionate settlement. Accordingly, Delta requests that the Court deny Plaintiff's motion in its entirety.

      Sincerely,

      /s/ *Zachary A. McEntyre*

      King & Spalding LLP

      **Zachary A. McEntyre (Zach)**
      Partner

ZAM